United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 19-12414-elf
Robert Kevin Edinger                                                           Chapter 13
Kaitlyn Elizabeth Edinger
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: BarbaraS              Page 1 of 2              Date Rcvd: Jun 24, 2019
                             Form ID: 152                Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2019.
```
db/jdb       +Robert Kevin Edinger,    Kaitlyn Elizabeth Edinger,    17 E. Laurel Ave.,
               Pen Argyl, PA 18072-1101
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg          +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,   Second Floor,    Reading, PA 19601-4300
14337489      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA 19355-0701
14307753     +Amex,    Correspondence/Bankruptcy,    PO Box 981540,    El Paso, TX 79998-1540
14307754     +Barclays Bank Delaware,    Attn: Correspondence,    PO Box 8801,    Wilmington, DE 19899-8801
14340672      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14326034     +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14323385     +Chase Bank USA, N.A.,    c/o National Bankruptcy Services, LLC,    P.O. Box 9013,
               Addison Texas 75001-9013
14307757     +Chase Card Services,    Attn: Bankruptcy,    PO Box 15298,    Wilmington, DE 19850-5298
14307758     +Citibank, NA,    PO Box 6077,    Sioux Falls, SD 57117-6077
14307759     +Citibank/Best Buy,    Attn: Bankruptcy,    PO Box 790441,    St. Louis, MO 63179-0441
14346295      Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA  98083-0657
14307765     +First Commonwealth FCU,    257 Brodhead Rd,    Bethlehem, PA 18017-8938
14307766     +Firstsource Advantage LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
14307767     +Health Network Laboratories,    PO Box 90549,    1000 Postal Road,    Allentown, PA 18109-4300
14307768      InHome Oxygen & Medical Supplies, Inc.,    103 Lancaster Ave.,    Reading, PA 19611-1622
14307770     +Lehigh Valley Health Network,    P.O. Box 4120,    Allentown, PA 18105-4120
14307772     +MRS BPO, LLC,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
14307771     +Mercury/FBT,    Attn: Bankruptcy,    PO Box 84064,    Columbus, GA 31908-4064
14345170     +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
14307774     +PNC Bank,    Attn: Bankruptcy Department,    PO Box 94982: Mailstop BR-YB58-01-5,
               Cleveland, OH 44101-4982
14307773     +PayPal Credit,    P.O. Box 5138,    Timonium, MD 21094-5138
14307777     +Quicken Loans,    662 Woodward Avenue,    Detroit, MI 48226-3433
14310782     +Quicken Loans, Inc.,    c/o Kevin G. McDonald, Esquire,    701 Market Street,    Suite 5000,
               Philadelphia, PA 19106-1541
14307778     +Radius Global Solutions LLC,    PO Box 357,    Ramsey, NJ 07446-0357
14307779      Raymour & Flannigan,    PO Box 130,    Liverpool, NY 13088-0130
14307783     +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053
14307784     +Zachary Zawarski, Esq.,    3001 Easton Avenue,    Bethlehem, PA 18017-4207
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 25 2019 03:09:28
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 25 2019 03:09:58     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14307752     +E-mail/Text: backoffice@affirm.com Jun 25 2019 03:10:20     Affirm Inc,    PO Box 720,
               San Francisco, CA 94104-0720
14340921     +E-mail/Text: bnc@atlasacq.com Jun 25 2019 03:08:53     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
14307756     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 25 2019 03:16:49     Capital One,
               Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
14311030     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 25 2019 03:17:27
               Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14307760     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 25 2019 03:09:10     Comenity Bank/Buckle,
               Attn: Bankruptcy,    PO Box 182125,    Columbus, OH 43218-2125
14307761     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 25 2019 03:09:10
               Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    PO Box 182125,    Columbus, OH 43218-2125
14307762     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 25 2019 03:09:10     Comenity Capital/Boscov,
               Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
14307763     +E-mail/PDF: creditonebknotifications@resurgent.com Jun 25 2019 03:16:54     Credit One Bank,
               PO Box 98872,    Las Vegas, NV 89193-8872
14307764      E-mail/Text: mrdiscen@discover.com Jun 25 2019 03:08:52     Discover Financial,
               Attn: Bankruptcy Department,    PO Box 15316,    Wilmington, DE 19850
14311073      E-mail/Text: mrdiscen@discover.com Jun 25 2019 03:08:52     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14317571      E-mail/Text: bankruptcy@firstpointcollectionresources.com Jun 25 2019 03:10:09
               FirstPoint Collection Resources, Inc.,    225 Commerce Place,    PO Box 26140,
               Greensboro, NC 27402-6140
14307769     +E-mail/Text: bncnotices@becket-lee.com Jun 25 2019 03:08:56     Kohls/Capital One,
               PO Box 3120,    Milwaukee, WI 53201-3120
```

```
District/off: 0313-4          User: BarbaraS              Page 2 of 2                  Date Rcvd: Jun 24, 2019
                              Form ID: 152                Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14343434         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 25 2019 03:18:14      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14344733         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2019 03:18:02
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14307776        +E-mail/Text: bankruptcynotices@psecu.com Jun 25 2019 03:10:12        PSECU,
                  Attention: Bankruptcy,    PO Box 67013,    Harrisburg, PA 17106-7013
14307775        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2019 03:18:02
                  Portfolio Recovery,    PO Box 41021,    Norfolk, VA 23541-1021
14342383         E-mail/Text: bnc-quantum@quantum3group.com Jun 25 2019 03:09:18
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14342384         E-mail/Text: bnc-quantum@quantum3group.com Jun 25 2019 03:09:18
                  Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                  Kirkland, WA  98083-0788
14327923        +E-mail/Text: bankruptcyteam@quickenloans.com Jun 25 2019 03:09:57       Quicken Loans Inc.,
                  635 Woodward Avenue,    Detroit, MI 48226-3408
14308424        +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:19:14       Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
14345182        +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:19:15       Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
14307780        +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:16:43       Synchrony Bank/Sam's Club,
                  Attn: Bankruptcy,    PO Box 965060,    Orlando, FL 32896-5060
14307781        +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:16:43       Synchrony Bank/TJX,
                  Attn: Bankruptcy,    PO Box 965060,    Orlando, FL 32896-5060
14307782        +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:16:44       Synchrony Bank/Toys R Us,
                  Attn: Bankruptcy,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14337490*        American Express National Bank,   c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern  PA 19355-0701
14337491*        American Express National Bank,   c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern  PA 19355-0701
14340716*        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14326235*       +Chase Bank USA, N.A.,    c/o National Bankruptcy Services, LLC,    P.O. Box 9013,
                  Addison Texas 75001-9013
14307755       ##+BB&T,   P.O. Box 547,   Boyertown, PA 19512-0547
                                                                                           TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY    ZAWARSKI    on behalf of Joint Debtor Kaitlyn Elizabeth Edinger zzawarski@zawarskilaw.com
              ZACHARY    ZAWARSKI    on behalf of Debtor Robert Kevin Edinger zzawarski@zawarskilaw.com
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robert Kevin Edinger and Kaitlyn
Elizabeth Edinger
     Debtor(s)                                    Case No: 19−12414−elf

                                                             Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 9/12/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

                                                             For The Court

                                                             Timothy B. McGrath
                                                             Clerk of Court