**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ROBERT KEVIN EDINGER | : | Case No. 19-12414 |
| KAITLYN ELIZABETH EDINGER | : | |
| Debtors | : | |

**NOTICE OF CHANGE OF ADDRESS**

The undersigned hereby gives Notice of Change of Address of Creditor, BB&T, and submits the following information:

Old Mailing Address:    BB&T
P.O. Box 547
Boyertown, PA 19512

New Mailing Address:    BB&T
Mail Code: 100-50-01-50
P.O. Box 1847
Wilson, NC 27893

The undersigned further certifies that Debtors' Notice of Bankruptcy Case was mailed to the creditor's new mailing address on the date this Notice is filed with the court.

Date: July 17, 2019            By:    /s/ Zachary Zawarski
ZACHARY ZAWARSKI, ESQUIRE
3001 Easton Avenue
Bethlehem, PA 18017
Phone: (610) 417-6345
Fax: (610) 465-9790
zzawarski@zawarskilaw.com
Attorney ID No. 308348
Attorney for Debtors