## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kaitlyn Elizabeth Edinger fka Kaitlyn Elizabeth Eckley | |
|     Robert Kevin Edinger | CHAPTER 13 |
|                 Debtor(s) | |
| | |
| Quicken Loans Inc, its successors and/or assigns | |
|                 Movant | |
|        vs. | NO. 19-12414 REF |
| | |
| Kaitlyn Elizabeth Edinger fka Kaitlyn Elizabeth Eckley Robert Kevin Edinger | |
|                 Debtor(s) | |
| | |
| Scott Waterman | |
|                 Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Quicken Loans Inc, which was filed with the Court on or about **June 3 ,2019, docket number 15**.

Respectfully submitted,

By: **/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant

July 23, 2019