**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ROBERT KEVIN EDINGER | : | Case No. 19-12414 |
| KAITLYN ELIZABETH EDINGER | : | |
| Debtors | : | |

**CERTIFICATE OF NO ANSWER OR OBJECTION REGARDING THE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

AND NOW, this 20th day of November, 2019, Zachary Zawarski, Esquire, Attorney for Debtors, in the above-captioned bankruptcy proceeding, certifies as follows:

1. On October 29, 2019, he filed an Application for Compensation and Reimbursement of Expenses, as Attorney for Debtors.

2. Notice was served on the U.S. Trustee and all parties in interest as previously certified on October 29, 2019.

3. To date, he has received no answer or objection to the Application for Compensation and Reimbursement of Expenses.

WHEREFORE, Zachary Zawarski, Esquire, Attorney for Debtors, requests this Honorable Court enter the Order which was attached to the Application.

Dated: 11/20/2019          By:    */s/ Zachary Zawarski*
                                  ZACHARY ZAWARSKI, ESQUIRE
                                  3001 Easton Avenue
                                  Bethlehem, PA 18017
                                  Phone: (610) 417-6345
                                  Fax: (610) 465-9790
                                  zzawarski@zawarskilaw.com
                                  Attorney ID No.: 308348
                                  Attorney for Debtors