| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-12414-PMM

ROBERT KEVIN EDINGER
KAITLYN ELIZABETH EDINGER
17 E. LAUREL AVE.
PEN ARGYL PA    18072

Petition Filed Date: 04/15/2019
341 Hearing Date: 06/04/2019
Confirmation Date: 10/24/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/20/2019 | $2,000.00 | Monthly Plan P | 06/17/2019 | $2,000.00 | Monthly Plan P | 07/17/2019 | $2,000.00 | Monthly Plan P |
| 07/22/2019 | $255.00 | Monthly Plan P | 08/19/2019 | $2,255.00 | Monthly Plan P | 09/17/2019 | $2,255.00 | Monthly Plan P |
| 10/23/2019 | $2,255.00 | | 11/19/2019 | $2,255.00 | | 12/17/2019 | $2,255.00 | |
| 01/17/2020 | $2,255.00 | | 02/19/2020 | $2,255.00 | | 03/18/2020 | $2,255.00 | |
| 04/20/2020 | $2,255.00 | | 05/18/2020 | $2,255.00 | | 06/18/2020 | $2,255.00 | |
| 07/20/2020 | $2,255.00 | | | | | | | |

**Total Receipts for the Period: $33,315.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $33,315.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $2,116.45 | $2,116.45 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP »» 001 | Unsecured Creditors | $14,193.48 | $2,568.05 | $11,625.43 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $2,471.03 | $447.09 | $2,023.94 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $710.44 | $115.86 | $594.58 |
| 4 | DISCOVER BANK »» 004 | Unsecured Creditors | $780.50 | $127.29 | $653.21 |
| 5 | FIRST COMMONWEALTH FCU »» 005 | Unsecured Creditors | $15,352.64 | $2,777.78 | $12,574.86 |
| 6 | FIRST COMMONWEALTH FCU »» 006 | Ongoing Mortgage | $5,177.27 | $5,177.27 | $0.00 |
| 7 | AMERICAN INFOSOURCE LP »» 007 | Unsecured Creditors | $1,737.72 | $314.42 | $1,423.30 |
| 8 | PSECU »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | AMERICAN INFOSOURCE LP »» 009 | Unsecured Creditors | $3,273.81 | $592.33 | $2,681.48 |
| 10 | AMERICAN INFOSOURCE LP »» 010 | Unsecured Creditors | $3,370.06 | $609.75 | $2,760.31 |
| 11 | AMERICAN INFOSOURCE LP »» 011 | Unsecured Creditors | $3,512.89 | $635.58 | $2,877.31 |
| 12 | CHASE BANK USA NA »» 012 | Unsecured Creditors | $8,729.04 | $1,579.36 | $7,149.68 |
| 13 | CHASE BANK USA NA »» 013 | Unsecured Creditors | $773.78 | $126.19 | $647.59 |

**Chapter 13 Case No. 19-12414-PMM**

| # | Creditor | Type | | | |
|---|---|---|---:|---:|---:|
| 14 | QUICKEN LOANS INC<br>»» 014 | Mortgage Arrears | $271.66 | $271.66 | $0.00 |
| 15 | AMERICAN EXPRESS NATIONAL BANK<br>»» 015 | Unsecured Creditors | $9,593.96 | $1,735.85 | $7,858.11 |
| 16 | AMERICAN EXPRESS NATIONAL BANK<br>»» 016 | Unsecured Creditors | $1,000.52 | $181.02 | $819.50 |
| 17 | AMERICAN EXPRESS NATIONAL BANK<br>»» 017 | Unsecured Creditors | $1,079.95 | $195.39 | $884.56 |
| 18 | BECKET & LEE, LLP<br>»» 018 | Unsecured Creditors | $742.15 | $121.02 | $621.13 |
| 19 | BECKET & LEE, LLP<br>»» 019 | Unsecured Creditors | $1,445.67 | $261.57 | $1,184.10 |
| 20 | ATLAS ACQUISITIONS LLC<br>»» 020 | Unsecured Creditors | $705.02 | $114.97 | $590.05 |
| 21 | PNC BANK<br>»» 021 | Unsecured Creditors | $4,260.86 | $770.91 | $3,489.95 |
| 22 | PNC BANK<br>»» 022 | Unsecured Creditors | $10,722.51 | $1,940.04 | $8,782.47 |
| 23 | QUANTUM3 GROUP LLC as agent for<br>»» 023 | Unsecured Creditors | $3,883.89 | $702.70 | $3,181.19 |
| 24 | QUANTUM3 GROUP LLC as agent for<br>»» 024 | Unsecured Creditors | $978.82 | $177.10 | $801.72 |
| 25 | QUANTUM3 GROUP LLC as agent for<br>»» 025 | Unsecured Creditors | $1,560.70 | $282.38 | $1,278.32 |
| 26 | LVNV FUNDING LLC<br>»» 026 | Unsecured Creditors | $2,795.18 | $505.72 | $2,289.46 |
| 27 | LVNV FUNDING LLC<br>»» 027 | Unsecured Creditors | $6,276.12 | $1,135.55 | $5,140.57 |
| 28 | LVNV FUNDING LLC<br>»» 028 | Unsecured Creditors | $592.46 | $96.61 | $495.85 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 029 | Unsecured Creditors | $2,798.85 | $506.41 | $2,292.44 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 030 | Unsecured Creditors | $4,282.99 | $774.92 | $3,508.07 |
| 31 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 031 | Unsecured Creditors | $1,562.68 | $282.75 | $1,279.93 |
| 32 | SYNCHRONY BANK<br>»» 032 | Unsecured Creditors | $879.81 | $159.19 | $720.62 |
| 33 | SYNCHRONY BANK<br>»» 033 | Unsecured Creditors | $612.08 | $99.82 | $512.26 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 034 | Unsecured Creditors | $642.57 | $104.79 | $537.78 |
| 35 | DEPARTMENT STORE NATIONAL BANK<br>»» 035 | Unsecured Creditors | $1,441.17 | $260.76 | $1,180.41 |
| 36 | CITIBANK NA<br>»» 036 | Unsecured Creditors | $896.20 | $162.14 | $734.06 |

**Chapter 13 Case No. 19-12414-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $33,315.00 | Current Monthly Payment: | $2,255.00 |
| Paid to Claims: | $28,030.69 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,155.57 | Total Plan Base: | $134,790.00 |
| Funds on Hand: | $2,128.74 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.