**UNITED STATES BANKRUPTCY COURT**

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

READING DIVISON

In the Matter of:                                              Case No. 19-12414

Robert Kevin Edinger and
Kaitlyn Elizabeth Edinger

**NOTICE OF CHANGE OF ADDRESS**
**CHECK ONLY ONE**

[ ]  **Debtor's Change of Address**

[✔]  **Creditor's Change of Address**

NAME: Atlas Acquisitions LLC

OLD MAILING ADDRESS: 294 Union St.

Hackensack, NJ 07601

NEW MAILING ADDRESS: 492C Cedar Lane, Ste 442

Teaneck, NJ 07666

Dated: October 19, 2020      /s/Avi Schild
                             Signature

REQUESTOR'S NAME: Avi Schild

ADDRESS: 492C Cedar Lane, Ste 442

Teaneck, NJ 07666

TELEPHONE NO.: 888.762.9889

bk@atlasacq.com