| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-12414-PMM

ROBERT KEVIN EDINGER  
KAITLYN ELIZABETH EDINGER  
17 E. LAUREL AVE.  
PEN ARGYL  PA  18072

Petition Filed Date: 04/15/2019  
341 Hearing Date: 06/04/2019  
Confirmation Date: 10/24/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2020 | $2,255.00 | | 02/19/2020 | $2,255.00 | | 03/18/2020 | $2,255.00 | |
| 04/20/2020 | $2,255.00 | | 05/18/2020 | $2,255.00 | | 06/18/2020 | $2,255.00 | |
| 07/20/2020 | $2,255.00 | | 08/18/2020 | $2,255.00 | | 09/17/2020 | $2,255.00 | |
| 10/20/2020 | $2,255.00 | | 11/20/2020 | $2,255.00 | | 12/17/2020 | $2,255.00 | |
| 01/19/2021 | $2,255.00 | | 02/19/2021 | $2,255.00 | | 03/17/2021 | $2,255.00 | |
| 04/20/2021 | $2,255.00 | | 05/18/2021 | $2,255.00 | | | | |

Total Receipts for the Period:  $38,335.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $55,865.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $2,116.45 | $2,116.45 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP »» 001 | Unsecured Creditors | $14,193.48 | $5,415.01 | $8,778.47 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $2,471.03 | $942.71 | $1,528.32 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $710.44 | $258.38 | $452.06 |
| 4 | DISCOVER BANK »» 004 | Unsecured Creditors | $780.50 | $283.84 | $496.66 |
| 5 | FIRST COMMONWEALTH FCU »» 005 | Unsecured Creditors | $15,352.64 | $5,857.25 | $9,495.39 |
| 6 | FIRST COMMONWEALTH FCU »» 006 | Ongoing Mortgage | $5,177.27 | $5,177.27 | $0.00 |
| 7 | AMERICAN INFOSOURCE LP »» 007 | Unsecured Creditors | $1,737.72 | $662.97 | $1,074.75 |
| 8 | PSECU »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | AMERICAN INFOSOURCE LP »» 009 | Unsecured Creditors | $3,273.81 | $1,249.01 | $2,024.80 |
| 10 | AMERICAN INFOSOURCE LP »» 010 | Unsecured Creditors | $3,370.06 | $1,285.72 | $2,084.34 |
| 11 | AMERICAN INFOSOURCE LP »» 011 | Unsecured Creditors | $3,512.89 | $1,340.22 | $2,172.67 |
| 12 | CHASE BANK USA NA »» 012 | Unsecured Creditors | $8,729.04 | $3,330.25 | $5,398.79 |
| 13 | CHASE BANK USA NA »» 013 | Unsecured Creditors | $773.78 | $295.23 | $478.55 |

**Chapter 13 Case No. 19-12414-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | QUICKEN LOANS INC<br>»» 014 | Mortgage Arrears | $271.66 | $271.66 | $0.00 |
| 15 | AMERICAN EXPRESS NATIONAL BANK<br>»» 015 | Unsecured Creditors | $9,593.96 | $3,660.23 | $5,933.73 |
| 16 | AMERICAN EXPRESS NATIONAL BANK<br>»» 016 | Unsecured Creditors | $1,000.52 | $381.71 | $618.81 |
| 17 | AMERICAN EXPRESS NATIONAL BANK<br>»» 017 | Unsecured Creditors | $1,079.95 | $412.02 | $667.93 |
| 18 | BECKET & LEE, LLP<br>»» 018 | Unsecured Creditors | $742.15 | $269.86 | $472.29 |
| 19 | BECKET & LEE, LLP<br>»» 019 | Unsecured Creditors | $1,445.67 | $551.52 | $894.15 |
| 20 | ATLAS ACQUISITIONS LLC<br>»» 020 | Unsecured Creditors | $705.02 | $256.40 | $448.62 |
| 21 | PNC BANK<br>»» 021 | Unsecured Creditors | $4,260.86 | $1,625.57 | $2,635.29 |
| 22 | PNC BANK<br>»» 022 | Unsecured Creditors | $10,722.51 | $4,090.77 | $6,631.74 |
| 23 | QUANTUM3 GROUP LLC as agent for<br>»» 023 | Unsecured Creditors | $3,883.89 | $1,481.73 | $2,402.16 |
| 24 | QUANTUM3 GROUP LLC as agent for<br>»» 024 | Unsecured Creditors | $978.82 | $373.44 | $605.38 |
| 25 | QUANTUM3 GROUP LLC as agent for<br>»» 025 | Unsecured Creditors | $1,560.70 | $595.45 | $965.25 |
| 26 | LVNV FUNDING LLC<br>»» 026 | Unsecured Creditors | $2,795.18 | $1,066.38 | $1,728.80 |
| 27 | LVNV FUNDING LLC<br>»» 027 | Unsecured Creditors | $6,276.12 | $2,394.42 | $3,881.70 |
| 28 | LVNV FUNDING LLC<br>»» 028 | Unsecured Creditors | $592.46 | $215.44 | $377.02 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 029 | Unsecured Creditors | $2,798.85 | $1,067.80 | $1,731.05 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 030 | Unsecured Creditors | $4,282.99 | $1,634.03 | $2,648.96 |
| 31 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 031 | Unsecured Creditors | $1,562.68 | $596.18 | $966.50 |
| 32 | SYNCHRONY BANK<br>»» 032 | Unsecured Creditors | $879.81 | $335.65 | $544.16 |
| 33 | SYNCHRONY BANK<br>»» 033 | Unsecured Creditors | $612.08 | $222.58 | $389.50 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 034 | Unsecured Creditors | $642.57 | $233.69 | $408.88 |
| 35 | DEPARTMENT STORE NATIONAL BANK<br>»» 035 | Unsecured Creditors | $1,441.17 | $549.82 | $891.35 |
| 36 | CITIBANK NA<br>»» 036 | Unsecured Creditors | $896.20 | $341.92 | $554.28 |

**Chapter 13 Case No. 19-12414-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $55,865.00 | Current Monthly Payment: | $2,255.00 |
| Paid to Claims: | $50,842.58 | Arrearages: | $0.00 |
| Paid to Trustee: | $4,937.00 | Total Plan Base: | $134,790.00 |
| Funds on Hand: | $85.42 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.