| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-12414-PMM

ROBERT KEVIN EDINGER
KAITLYN ELIZABETH EDINGER
17 E. LAUREL AVE.
PEN ARGYL  PA    18072

Petition Filed Date: 04/15/2019
341 Hearing Date: 06/04/2019
Confirmation Date: 10/24/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $2,255.00 | | 05/18/2021 | $2,255.00 | | 06/18/2021 | $2,255.00 | |
| 07/19/2021 | $2,255.00 | | 08/19/2021 | $2,255.00 | | 09/17/2021 | $2,255.00 | |
| 10/19/2021 | $2,255.00 | | 11/22/2021 | $2,255.00 | | 12/20/2021 | $2,255.00 | |
| 01/20/2022 | $2,255.00 | | 02/22/2022 | $2,255.00 | | 03/21/2022 | $2,255.00 | |
| 04/20/2022 | $2,255.00 | | 05/18/2022 | $2,255.00 | | 06/21/2022 | $2,255.00 | |
| 07/19/2022 | $2,255.00 | | | | | | | |

**Total Receipts for the Period:  $36,080.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $87,435.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $2,116.45 | $2,116.45 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP »» 001 | Unsecured Creditors | $14,193.48 | $9,019.47 | $5,174.01 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $2,471.03 | $1,570.22 | $900.81 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $710.44 | $438.50 | $271.94 |
| 4 | DISCOVER BANK »» 004 | Unsecured Creditors | $780.50 | $481.76 | $298.74 |
| 5 | FIRST COMMONWEALTH FCU »» 005 | Unsecured Creditors | $15,352.64 | $9,756.06 | $5,596.58 |
| 6 | FIRST COMMONWEALTH FCU »» 006 | Ongoing Mortgage | $5,177.27 | $5,177.27 | $0.00 |
| 7 | AMERICAN INFOSOURCE LP »» 007 | Unsecured Creditors | $1,737.72 | $1,104.28 | $633.44 |
| 8 | PSECU »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | AMERICAN INFOSOURCE LP »» 009 | Unsecured Creditors | $3,273.81 | $2,080.41 | $1,193.40 |
| 10 | AMERICAN INFOSOURCE LP »» 010 | Unsecured Creditors | $3,370.06 | $2,141.55 | $1,228.51 |
| 11 | AMERICAN INFOSOURCE LP »» 011 | Unsecured Creditors | $3,512.89 | $2,232.33 | $1,280.56 |
| 12 | CHASE BANK USA NA »» 012 | Unsecured Creditors | $8,729.04 | $5,547.00 | $3,182.04 |
| 13 | CHASE BANK USA NA »» 013 | Unsecured Creditors | $773.78 | $477.61 | $296.17 |

**Chapter 13 Case No. 19-12414-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | QUICKEN LOANS INC<br>»» 014 | Mortgage Arrears | $271.66 | $271.66 | $0.00 |
| 15 | AMERICAN EXPRESS NATIONAL BANK<br>»» 015 | Unsecured Creditors | $9,593.96 | $6,096.63 | $3,497.33 |
| 16 | AMERICAN EXPRESS NATIONAL BANK<br>»» 016 | Unsecured Creditors | $1,000.52 | $635.79 | $364.73 |
| 17 | AMERICAN EXPRESS NATIONAL BANK<br>»» 017 | Unsecured Creditors | $1,079.95 | $686.26 | $393.69 |
| 18 | BECKET & LEE, LLP<br>»» 018 | Unsecured Creditors | $742.15 | $458.04 | $284.11 |
| 19 | BECKET & LEE, LLP<br>»» 019 | Unsecured Creditors | $1,445.67 | $918.67 | $527.00 |
| 20 | ATLAS ACQUISITIONS LLC<br>»» 020 | Unsecured Creditors | $705.02 | $435.17 | $269.85 |
| 21 | PNC BANK<br>»» 021 | Unsecured Creditors | $4,260.86 | $2,707.61 | $1,553.25 |
| 22 | PNC BANK<br>»» 022 | Unsecured Creditors | $10,722.51 | $6,813.77 | $3,908.74 |
| 23 | QUANTUM3 GROUP LLC as agent for<br>»» 023 | Unsecured Creditors | $3,883.89 | $2,468.05 | $1,415.84 |
| 24 | QUANTUM3 GROUP LLC as agent for<br>»» 024 | Unsecured Creditors | $978.82 | $622.03 | $356.79 |
| 25 | QUANTUM3 GROUP LLC as agent for<br>»» 025 | Unsecured Creditors | $1,560.70 | $991.80 | $568.90 |
| 26 | LVNV FUNDING LLC<br>»» 026 | Unsecured Creditors | $2,795.18 | $1,776.22 | $1,018.96 |
| 27 | LVNV FUNDING LLC<br>»» 027 | Unsecured Creditors | $6,276.12 | $3,988.25 | $2,287.87 |
| 28 | LVNV FUNDING LLC<br>»» 028 | Unsecured Creditors | $592.46 | $365.66 | $226.80 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 029 | Unsecured Creditors | $2,798.85 | $1,778.59 | $1,020.26 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 030 | Unsecured Creditors | $4,282.99 | $2,721.71 | $1,561.28 |
| 31 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 031 | Unsecured Creditors | $1,562.68 | $993.01 | $569.67 |
| 32 | SYNCHRONY BANK<br>»» 032 | Unsecured Creditors | $879.81 | $559.09 | $320.72 |
| 33 | SYNCHRONY BANK<br>»» 033 | Unsecured Creditors | $612.08 | $377.78 | $234.30 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 034 | Unsecured Creditors | $642.57 | $396.61 | $245.96 |
| 35 | DEPARTMENT STORE NATIONAL BANK<br>»» 035 | Unsecured Creditors | $1,441.17 | $915.81 | $525.36 |
| 36 | CITIBANK NA<br>»» 036 | Unsecured Creditors | $896.20 | $569.52 | $326.68 |

**Chapter 13 Case No. 19-12414-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $87,435.00 | Current Monthly Payment: | $2,255.00 |
| Paid to Claims: | $79,690.64 | Arrearages: | $0.00 |
| Paid to Trustee: | $7,642.92 | Total Plan Base: | $134,790.00 |
| Funds on Hand: | $101.44 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.