| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-12414-PMM

ROBERT KEVIN EDINGER  
KAITLYN ELIZABETH EDINGER  
17 E. LAUREL AVE.  
PEN ARGYL  PA    18072  

Petition Filed Date: 04/15/2019  
341 Hearing Date: 06/04/2019  
Confirmation Date: 10/24/2019  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/18/2022 | $2,255.00 | | 09/19/2022 | $2,255.00 | | 10/18/2022 | $2,255.00 | |
| 11/21/2022 | $2,255.00 | | 12/19/2022 | $2,255.00 | | 01/19/2023 | $2,255.00 | |
| 02/21/2023 | $2,255.00 | | 03/20/2023 | $2,255.00 | | 04/18/2023 | $2,255.00 | |
| 05/18/2023 | $2,255.00 | | 06/20/2023 | $2,255.00 | | 07/19/2023 | $2,255.00 | |

**Total Receipts for the Period:  $27,060.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $114,495.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $2,116.45 | $2,116.45 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA »» 001 | Unsecured Creditors | $14,193.48 | $12,117.04 | $2,076.44 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $2,471.03 | $2,109.51 | $361.52 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $710.44 | $606.52 | $103.92 |
| 4 | DISCOVER BANK »» 004 | Unsecured Creditors | $780.50 | $666.33 | $114.17 |
| 5 | FIRST COMMONWEALTH FCU »» 005 | Unsecured Creditors | $15,352.64 | $13,106.61 | $2,246.03 |
| 6 | FIRST COMMONWEALTH FCU »» 006 | Ongoing Mortgage | $5,177.27 | $5,177.27 | $0.00 |
| 7 | CAPITAL ONE BANK (USA) NA »» 007 | Unsecured Creditors | $1,737.72 | $1,483.51 | $254.21 |
| 8 | PSECU »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CAPITAL ONE BANK (USA) NA »» 009 | Unsecured Creditors | $3,273.81 | $2,794.88 | $478.93 |
| 10 | CAPITAL ONE BANK (USA) NA »» 010 | Unsecured Creditors | $3,370.06 | $2,877.03 | $493.03 |
| 11 | CAPITAL ONE BANK (USA) NA »» 011 | Unsecured Creditors | $3,512.89 | $2,998.98 | $513.91 |
| 12 | CHASE BANK USA NA »» 012 | Unsecured Creditors | $8,729.04 | $7,452.03 | $1,277.01 |
| 13 | CHASE BANK USA NA »» 013 | Unsecured Creditors | $773.78 | $660.58 | $113.20 |
| 14 | QUICKEN LOANS INC »» 014 | Mortgage Arrears | $271.66 | $271.66 | $0.00 |

**Chapter 13 Case No. 19-12414-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | AMERICAN EXPRESS NATIONAL BANK<br>»» 015 | Unsecured Creditors | $9,593.96 | $8,190.41 | $1,403.55 |
| 16 | AMERICAN EXPRESS NATIONAL BANK<br>»» 016 | Unsecured Creditors | $1,000.52 | $854.14 | $146.38 |
| 17 | AMERICAN EXPRESS NATIONAL BANK<br>»» 017 | Unsecured Creditors | $1,079.95 | $921.95 | $158.00 |
| 18 | CAPITAL ONE NA<br>»» 018 | Unsecured Creditors | $742.15 | $633.58 | $108.57 |
| 19 | CAPITAL ONE NA<br>»» 019 | Unsecured Creditors | $1,445.67 | $1,234.18 | $211.49 |
| 20 | ATLAS ACQUISITIONS LLC<br>»» 020 | Unsecured Creditors | $705.02 | $601.89 | $103.13 |
| 21 | PNC BANK<br>»» 021 | Unsecured Creditors | $4,260.86 | $3,637.51 | $623.35 |
| 22 | PNC BANK<br>»» 022 | Unsecured Creditors | $10,722.51 | $9,153.85 | $1,568.66 |
| 23 | QUANTUM3 GROUP LLC as agent for<br>»» 023 | Unsecured Creditors | $3,883.89 | $3,315.68 | $568.21 |
| 24 | QUANTUM3 GROUP LLC as agent for<br>»» 024 | Unsecured Creditors | $978.82 | $835.63 | $143.19 |
| 25 | QUANTUM3 GROUP LLC as agent for<br>»» 025 | Unsecured Creditors | $1,560.70 | $1,332.40 | $228.30 |
| 26 | LVNV FUNDING LLC<br>»» 026 | Unsecured Creditors | $2,795.18 | $2,386.25 | $408.93 |
| 27 | LVNV FUNDING LLC<br>»» 027 | Unsecured Creditors | $6,276.12 | $5,357.95 | $918.17 |
| 28 | LVNV FUNDING LLC<br>»» 028 | Unsecured Creditors | $592.46 | $505.78 | $86.68 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 029 | Unsecured Creditors | $2,798.85 | $2,389.40 | $409.45 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 030 | Unsecured Creditors | $4,282.99 | $3,656.42 | $626.57 |
| 31 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 031 | Unsecured Creditors | $1,562.68 | $1,334.05 | $228.63 |
| 32 | SYNCHRONY BANK<br>»» 032 | Unsecured Creditors | $879.81 | $751.10 | $128.71 |
| 33 | SYNCHRONY BANK<br>»» 033 | Unsecured Creditors | $612.08 | $522.52 | $89.56 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 034 | Unsecured Creditors | $642.57 | $548.58 | $93.99 |
| 35 | DEPARTMENT STORE NATIONAL BANK<br>»» 035 | Unsecured Creditors | $1,441.17 | $1,230.34 | $210.83 |
| 36 | CITIBANK NA<br>»» 036 | Unsecured Creditors | $896.20 | $765.11 | $131.09 |

**Chapter 13 Case No. 19-12414-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $114,495.00 | Current Monthly Payment: | $2,255.00 |
| Paid to Claims: | $104,597.12 | Arrearages: | $0.00 |
| Paid to Trustee: | $9,897.88 | Total Plan Base: | $134,790.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.