Certificate Number: 17572-PAE-DE-038269809

Bankruptcy Case Number: 19-12414



17572-PAE-DE-038269809

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 11, 2024, at 8:14 o'clock PM PDT, Robert K Edinger completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 11, 2024

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor