Certificate Number: 17572-PAE-DE-038269810

Bankruptcy Case Number: 19-12414



17572-PAE-DE-038269810

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 11, 2024, at 8:14 o'clock PM PDT, Kaitlyn E Edinger completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 11, 2024              By:    /s/Leigh-Anna M Thompson

                                          Name:  Leigh-Anna M Thompson

                                          Title:   Counselor