United States Bankruptcy Court
Eastern District of Pennsylvania

In re:

Robert Kevin Edinger

Kaitlyn Elizabeth Edinger
    Debtors

Case No. 19-12414-pmm

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4

Date Rcvd: Jun 21, 2024

User: admin

Form ID: 138OBJ

Page 1 of 4

Total Noticed: 59

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Robert Kevin Edinger, Kaitlyn Elizabeth Edinger, 17 E. Laurel Ave., Pen Argyl, PA 18072-1101 |
| 14307755 | + | BB&T, P.O. Box 547, Boyertown, PA 19512-0547 |
| 14307765 | + | First Commonwealth FCU, 257 Brodhead Rd, Bethlehem, PA 18017-8938 |
| 14307767 | + | Health Network Laboratories, PO Box 90549, 1000 Postal Road, Allentown, PA 18109-4300 |
| 14307768 | | InHome Oxygen & Medical Supplies, Inc., 103 Lancaster Ave., Reading, PA 19611-1622 |
| 14307770 | + | Lehigh Valley Health Network, P.O. Box 4120, Allentown, PA 18105-4120 |
| 14310782 | + | Quicken Loans, Inc., c/o Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14832305 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14307784 | + | Zachary Zawarski, Esq., 3001 Easton Avenue, Bethlehem, PA 18017-4207 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 22 2024 07:08:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 22 2024 07:08:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14340921 | | Email/Text: bnc@atlasacq.com | Jun 22 2024 07:08:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14552112 | | Email/Text: bnc@atlasacq.com | Jun 22 2024 07:08:00 | Atlas Acquisitions LLC., 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14307752 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 22 2024 07:10:15 | Affirm Inc, PO Box 720, San Francisco, CA 94104-0720 |
| 14337489 | | Email/PDF: bncnotices@becket-lee.com | Jun 22 2024 07:10:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14307753 | + | Email/PDF: bncnotices@becket-lee.com | Jun 22 2024 07:10:19 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14358881 | | Email/Text: bankruptcy@bbandt.com | Jun 22 2024 07:08:00 | BB&T, Mail Code 100-50-01-50, PO BOX 1847, Wilson NC 27893 |
| 14307754 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 22 2024 07:08:00 | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 14307756 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 22 2024 07:10:22 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14311030 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 22 2024 07:10:16 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14340672 | | Email/PDF: bncnotices@becket-lee.com | Jun 22 2024 07:10:22 | Capital One, N.A., c/o Becket and Lee LLP, PO |

District/off: 0313-4 | User: admin | Page 2 of 4
Date Rcvd: Jun 21, 2024 | Form ID: 138OBJ | Total Noticed: 59

| | | | | |
|---|---|---|---|---|
| | | | | Box 3001, Malvern PA 19355-0701 |
| 14326034 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Jun 22 2024 07:08:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14323385 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Jun 22 2024 07:08:00 | Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison Texas 75001-9013 |
| 14347092 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 22 2024 07:10:22 | Citibank, N.A, 6716 Grade Lane Blg 9, Suite 910-PY Dept, Louisville KY 40213-3410 |
| 14346681 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 22 2024 07:10:19 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14307758 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 22 2024 07:10:16 | Citibank, NA, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 14307759 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 22 2024 07:10:22 | Citibank/Best Buy, Attn: Bankruptcy, PO Box 790441, St. Louis, MO 63179-0441 |
| 14307760 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jun 22 2024 07:08:00 | Comenity Bank/Buckle, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14307761 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jun 22 2024 07:08:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14307762 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jun 22 2024 07:08:00 | Comenity Capital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14307763 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Jun 22 2024 07:10:18 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14307764 | | Email/Text: mrdiscen@discover.com | | |
| | | | Jun 22 2024 07:08:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 14307783 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 22 2024 07:10:22 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 14346295 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jun 22 2024 07:08:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14311073 | | Email/Text: mrdiscen@discover.com | | |
| | | | Jun 22 2024 07:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14317571 | | Email/Text: bankruptcy@firstpointcollectionresources.com | | |
| | | | Jun 22 2024 07:08:00 | FirstPoint Collection Resources, Inc., 225 Commerce Place, PO Box 26140, Greensboro, NC 27402-6140 |
| 14307766 | + | Email/Text: crdept@na.firstsource.com | | |
| | | | Jun 22 2024 07:08:00 | Firstsource Advantage LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 14307757 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jun 22 2024 07:10:22 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14307769 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Jun 22 2024 07:08:00 | Kohls/Capital One, PO Box 3120, Milwaukee, WI 53201-3120 |
| 14343434 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jun 22 2024 07:10:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14307772 | ^ | MEBN | | |
| | | | Jun 22 2024 07:04:41 | MRS BPO, LLC, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 14307771 | + | Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | | Jun 22 2024 07:08:00 | Mercury/FBT, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 14345170 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jun 22 2024 07:08:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14307774 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jun 22 2024 07:08:00 | PNC Bank, Attn: Bankruptcy Department, PO Box 94982: Mailstop BR-YB58-01-5, Cleveland, OH 44101 |

District/off: 0313-4                                    User: admin                                    Page 3 of 4

Date Rcvd: Jun 21, 2024                            Form ID: 138OBJ                            Total Noticed: 59

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14344733 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 22 2024 07:10:22 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14307776 | + | Email/Text: bankruptcynotices@psecu.com | Jun 22 2024 07:08:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14307773 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 22 2024 07:10:23 | PayPal Credit, P.O. Box 5138, Timonium, MD 21094-5138 |
| 14307775 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 22 2024 07:10:18 | Portfolio Recovery, PO Box 41021, Norfolk, VA 23541-1021 |
| 14342383 | | Email/Text: bnc-quantum@quantum3group.com | Jun 22 2024 07:08:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14342384 | | Email/Text: bnc-quantum@quantum3group.com | Jun 22 2024 07:08:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14307777 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 22 2024 07:08:00 | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 14327923 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 22 2024 07:08:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14307778 | + | Email/Text: ngisupport@radiusgs.com | Jun 22 2024 07:08:00 | Radius Global Solutions LLC, PO Box 357, Ramsey, NJ 07446-0357 |
| 14307779 | ^ | MEBN | Jun 22 2024 07:04:43 | Raymour & Flannigan, PO Box 130, Liverpool, NY 13088-0130 |
| 14832305 | ^ | MEBN | Jun 22 2024 07:05:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14832300 | | Email/PDF: ebn_ais@aisinfo.com | Jun 22 2024 07:10:16 | Synchrony Bank by AIS InfoSource, LP as agent, PO BOX 4457, Houston TX 77210-4457 |
| 14308424 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 22 2024 07:10:16 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14307780 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 22 2024 07:10:19 | Synchrony Bank/Sam's Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14307781 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 22 2024 07:10:22 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14307782 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 22 2024 07:10:16 | Synchrony Bank/Toys R Us, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 51

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14337490 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14337491 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14340716 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14326235 | *+ | Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison Texas 75001-9013 |
| 14832298 | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14345182 | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0313-4                          User: admin                              Page 4 of 4
Date Rcvd: Jun 21, 2024                   Form ID: 138OBJ                      Total Noticed: 59

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 23, 2024                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY ZAWARSKI | on behalf of Joint Debtor Kaitlyn Elizabeth Edinger zzawarski@zawarskilaw.com |
| ZACHARY ZAWARSKI | on behalf of Debtor Robert Kevin Edinger zzawarski@zawarskilaw.com |

TOTAL: 8

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Robert Kevin Edinger and Kaitlyn
Elizabeth Edinger

          Debtor(s)

Case No: 19−12414−pmm

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/21/24

55 − 54
Form 138OBJ