United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-12414-pmm

Robert Kevin Edinger                                                                 Chapter 13

Kaitlyn Elizabeth Edinger

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                                    User: admin                                                   Page 1 of 3

Date Rcvd: Jul 12, 2024                          Form ID: 3180W                                   Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Kevin Edinger, Kaitlyn Elizabeth Edinger, 17 E. Laurel Ave., Pen Argyl, PA 18072-1101 |
| 14307765 | + | First Commonwealth FCU, 257 Brodhead Rd, Bethlehem, PA 18017-8938 |
| 14307784 | + | Zachary Zawarski, Esq., 3001 Easton Avenue, Bethlehem, PA 18017-4207 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 13 2024 00:09:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 13 2024 00:10:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14340921 | | EDI: ATLASACQU | Jul 13 2024 04:01:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14337489 | | Email/PDF: bncnotices@becket-lee.com | Jul 13 2024 00:20:25 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14311030 | + | EDI: AIS.COM | Jul 13 2024 04:05:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14340672 | | Email/PDF: bncnotices@becket-lee.com | Jul 13 2024 00:20:54 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14326034 | + | Email/Text: RASEBN@raslg.com | Jul 13 2024 00:09:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14323385 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 13 2024 00:09:00 | Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison Texas 75001-9013 |
| 14346681 | + | EDI: CITICORP | Jul 13 2024 04:01:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14346295 | | EDI: Q3G.COM | Jul 13 2024 04:01:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14311073 | | EDI: DISCOVER | Jul 13 2024 04:01:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14343434 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2024 00:07:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14345170 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 13 2024 00:10:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14307774 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 13 2024 00:09:00 | PNC Bank, Attn: Bankruptcy Department, PO Box |

District/off: 0313-4     User: admin     Page 2 of 3

Date Rcvd: Jul 12, 2024     Form ID: 3180W     Total Noticed: 23

| Recip ID | | Method | Name and Address |
|---|---|---|---|
| | | | 94982: Mailstop BR-YB58-01-5, Cleveland, OH 44101 |
| 14344733 | | EDI: PRA.COM Jul 13 2024 04:01:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14307776 | + | Email/Text: bankruptcynotices@psecu.com Jul 13 2024 00:10:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14342383 | | EDI: Q3G.COM Jul 13 2024 04:01:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14342384 | | EDI: Q3G.COM Jul 13 2024 04:01:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14327923 | + | Email/Text: bankruptcyteam@quickenloans.com Jul 13 2024 00:10:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14345182 | + | EDI: AIS.COM Jul 13 2024 04:05:00 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14337490 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14337491 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14340716 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14326235 | *+ | Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison Texas 75001-9013 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 14, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

District/off: 0313-4                          User: admin                                    Page 3 of 3
Date Rcvd: Jul 12, 2024                       Form ID: 3180W                                 Total Noticed: 23

Scott F Waterman
                          on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
                          USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
                          on behalf of Joint Debtor Kaitlyn Elizabeth Edinger zzawarski@zawarskilaw.com

ZACHARY ZAWARSKI
                          on behalf of Debtor Robert Kevin Edinger zzawarski@zawarskilaw.com


TOTAL: 8

<table>
<tr><td colspan="2">

**Information to identify the case:**

Debtor 1
**Robert Kevin Edinger**
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)
**Kaitlyn Elizabeth Edinger**
First Name    Middle Name    Last Name

United States Bankruptcy Court    Eastern District of Pennsylvania

Case number:  **19-12414-pmm**

</td><td>

Social Security number or ITIN    xxx-xx-8696
EIN  _ _-_ _ _ _ _ _ _

Social Security number or ITIN    xxx-xx-4595
EIN  _ _-_ _ _ _ _ _ _

</td></tr>
</table>

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert Kevin Edinger

Kaitlyn Elizabeth Edinger
fka Kaitlyn Elizabeth Eckley

<u>7/12/24</u>

**By the court:** <u>Patricia M. Mayer</u>
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**