| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 19-12414-PMM

ROBERT KEVIN EDINGER
KAITLYN ELIZABETH EDINGER
17 E. LAUREL AVE.
PEN ARGYL PA 18072

Petition Filed Date: 04/15/2019
341 Hearing Date: 06/04/2019
Confirmation Date: 10/24/2019

Case Status: Completed on 4/18/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2023 | $2,255.00 | | 09/19/2023 | $2,255.00 | | 10/19/2023 | $2,255.00 | |
| 11/21/2023 | $2,255.00 | | 12/19/2023 | $2,255.00 | | 01/22/2024 | $2,255.00 | |
| 02/21/2024 | $2,255.00 | | 03/20/2024 | $2,255.00 | | 04/18/2024 | $2,255.00 | |

**Total Receipts for the Period: $20,295.00   Amount Refunded to Debtor Since Filing: $1,925.49   Total Receipts Since Filing: $134,790.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $2,116.45 | $2,116.45 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA »» 001 | Unsecured Creditors | $14,193.48 | $14,193.48 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $2,471.03 | $2,471.03 | $0.00 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $669.55 | $669.55 | $0.00 |
| 4 | DISCOVER BANK »» 004 | Unsecured Creditors | $771.24 | $771.24 | $0.00 |
| 5 | FIRST COMMONWEALTH FCU »» 005 | Unsecured Creditors | $15,352.64 | $15,352.64 | $0.00 |
| 6 | FIRST COMMONWEALTH FCU »» 006 | Ongoing Mortgage | $5,177.27 | $5,177.27 | $0.00 |
| 7 | CAPITAL ONE BANK (USA) NA »» 07A | Unsecured Creditors | $0.00 | ($0.13) | $0.13 |
| 8 | PSECU »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CAPITAL ONE BANK (USA) NA »» 009 | Unsecured Creditors | $3,273.81 | $3,273.81 | $0.00 |
| 10 | CAPITAL ONE BANK (USA) NA »» 010 | Unsecured Creditors | $3,370.06 | $3,370.06 | $0.00 |
| 11 | CAPITAL ONE BANK (USA) NA »» 011 | Unsecured Creditors | $3,512.89 | $3,512.89 | $0.00 |
| 12 | CHASE BANK USA NA »» 012 | Unsecured Creditors | $8,729.04 | $8,729.04 | $0.00 |
| 13 | CHASE BANK USA NA »» 013 | Unsecured Creditors | $773.78 | $773.78 | $0.00 |
| 14 | QUICKEN LOANS INC »» 014 | Mortgage Arrears | $271.66 | $271.66 | $0.00 |
| 15 | AMERICAN EXPRESS NATIONAL BANK »» 015 | Unsecured Creditors | $9,593.96 | $9,593.96 | $0.00 |

**Chapter 13 Case No. 19-12414-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | AMERICAN EXPRESS NATIONAL BANK<br>»» 016 | Unsecured Creditors | $1,000.52 | $1,000.52 | $0.00 |
| 17 | AMERICAN EXPRESS NATIONAL BANK<br>»» 017 | Unsecured Creditors | $1,079.95 | $1,079.95 | $0.00 |
| 18 | CAPITAL ONE NA<br>»» 018 | Unsecured Creditors | $742.15 | $742.15 | $0.00 |
| 19 | CAPITAL ONE NA<br>»» 019 | Unsecured Creditors | $1,445.67 | $1,445.67 | $0.00 |
| 20 | ATLAS ACQUISITIONS LLC<br>»» 020 | Unsecured Creditors | $705.02 | $705.02 | $0.00 |
| 21 | PNC BANK<br>»» 021 | Unsecured Creditors | $4,260.86 | $4,260.86 | $0.00 |
| 22 | PNC BANK<br>»» 022 | Unsecured Creditors | $10,722.51 | $10,722.51 | $0.00 |
| 23 | QUANTUM3 GROUP LLC as agent for<br>»» 023 | Unsecured Creditors | $3,883.89 | $3,883.89 | $0.00 |
| 24 | QUANTUM3 GROUP LLC as agent for<br>»» 024 | Unsecured Creditors | $978.82 | $978.82 | $0.00 |
| 25 | QUANTUM3 GROUP LLC as agent for<br>»» 025 | Unsecured Creditors | $1,560.70 | $1,560.70 | $0.00 |
| 26 | LVNV FUNDING LLC<br>»» 026 | Unsecured Creditors | $2,795.18 | $2,795.18 | $0.00 |
| 27 | LVNV FUNDING LLC<br>»» 027 | Unsecured Creditors | $6,276.12 | $6,276.12 | $0.00 |
| 28 | LVNV FUNDING LLC<br>»» 028 | Unsecured Creditors | $592.46 | $592.46 | $0.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 029 | Unsecured Creditors | $2,798.85 | $2,798.85 | $0.00 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 030 | Unsecured Creditors | $4,282.99 | $4,282.99 | $0.00 |
| 31 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 031 | Unsecured Creditors | $1,562.68 | $1,562.68 | $0.00 |
| 32 | SYNCHRONY BANK<br>»» 032 | Unsecured Creditors | $879.81 | $879.81 | $0.00 |
| 33 | SYNCHRONY BANK<br>»» 033 | Unsecured Creditors | $612.08 | $612.08 | $0.00 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 034 | Unsecured Creditors | $642.57 | $642.57 | $0.00 |
| 35 | DEPARTMENT STORE NATIONAL BANK<br>»» 035 | Unsecured Creditors | $1,441.17 | $1,441.17 | $0.00 |
| 36 | CITIBANK NA<br>»» 036 | Unsecured Creditors | $896.20 | $896.20 | $0.00 |
| 7 | CHASE BANK USA NA<br>»» 07B | Unsecured Creditors | $1,737.72 | $1,737.72 | $0.00 |
| 37 | AFFIRM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 38 | BB&T | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 39 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 40 | HEALTH NETWORK LABORATORIES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 41 | INHOME OXYGEN & MEDICAL SUPPLIES INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 42 | LEHIGH VALLEY HEALTH NETWORK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 43 | MERCURY/FBT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 44 | PAYPAL CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 45 | RAYMOUR & FLANNIGAN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK (USA) NA<br>»» 07A | Unsecured Creditors | $0.13 | $0.13 | $0.00 |
| 0 | ROBERT KEVIN EDINGER | Debtor Refunds | $1,884.70 | $1,884.70 | $0.00 |
| 0 | ROBERT KEVIN EDINGER | Debtor Refunds | $40.79 | $40.79 | $0.00 |

**Chapter 13 Case No. 19-12414-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $134,790.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $123,100.27 | Arrearages: | $0.00 |
| Paid to Trustee: | $11,689.73 | Total Plan Base: | $134,790.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.